cal__sc__

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA TRIGUEROS; AMBER TRIGUEROS,<br><br>    Plaintiff,<br>v.<br><br>SOUTHWEST AIRLINES CO., and DOES 1-20,<br><br>    Defendants. | Civil No.05cv2256 L (AJB)<br><br>ORDER SETTING MANDATORY SETTLEMENT CONFERENCE |

  Pursuant to order by Judge Lorenz, the Court hereby schedules a Mandatory Settlement Conference before Judge Battaglia on *September 12, 2007 at 10:00 a.m.* Counsel and all parties shall appear in person at the time of the conference. Defendant's client representative may appear by phone since they are located in another state. They should contact Judge Battaglia's chambers at 619-557-3446 at the time of the conference for their telephonic participation.

  IT IS SO ORDERED.

DATED: September 5, 2007

                     Hon. Anthony J. Battaglia
                     U.S. Magistrate Judge
                     United States District Court