cal sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA TRIGUEROS; AMBER TRIGUEROS,<br><br>    Plaintiff,<br>v.<br><br>SOUTHWEST AIRLINES CO., and DOES 1-20,<br><br>    Defendants. | Civil No.05cv2256 L (AJB)<br><br>ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE |

On September 12, 2007, the Court convened a Mandatory Settlement Conference in the above entitled action. Appearing were Jim Dunn, Esq., Amber Trigueros and Barbara Trigueros on behalf of plaintiffs; Arthur I. Willner, Esq., Mary Mortensen and Rob Cheek, client representatives on behalf of defendant.

A full and final settlement was reached in the case. The settlement is binding and judicially enforceable. The Court sets a telephonic Settlement Disposition Conference for ***October 19, 2007 at 9:00 a.m.*** Plaintiff's counsel will initiate the call, unless the joint motion to dismiss is filed prior to that date and Judge Battaglia's chambers so notified.

///
///
///
///

1 | Based upon the settlement, the pretrial conference date before Judge Lorenz for *September 24,*
2 | *2007* is herewith vacated as are all other pretrial dates.
3 |     IT IS SO ORDERED.

5 | DATED: September 13, 2007

                                                         _/s/ Battaglia_
                                                       Hon. Anthony J. Battaglia
                                                       U.S. Magistrate Judge
                                                       United States District Court